# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BEAM and DOROTHY BEAM, in their own right and as Co-Administrators of the Estate of C.B., | NO. 3:15-cv-01126 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| WESTERN WAYNE SCHOOL DISTRICT | |
| Defendant. | |

## ORDER

**NOW**, this 13th day of December, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 50) filed by Defendant Western Wayne School District is **DENIED**.

(2) This Matter is placed on the April 2019 Trial List.

                                                /s/ A. Richard Caputo
                                                 A. Richard Caputo
                                                 United States District Judge